UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TRAVON WILLIAMS, | No. 2:20-cv-00616-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| YASSER MANSOUR, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 22, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed March 22, 2021, are ADOPTED IN FULL; and

1

2. This action is DISMISSED without prejudice for failure to comply with a court order and failure to prosecute. *See* Local Rule 110; Fed. R. Civ. P. 41(b).
3. The Clerk of Court is directed to close the case.

DATED: May 20, 2021

Troy L. Nunley
United States District Judge